**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL P. DONOVAN, as he is ADMINISTRATOR, LOCAL 103, I.B.E.W. HEALTH BENEFIT PLAN; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; JOINT APPRENTICESHIP AND TRAINING FUND; and DARRIN E. GOLDEN, as he is EXECUTIVE SECRETARY-TREASURER, NATIONAL ELECTRICAL BENEFIT FUND,<br>　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>RICHARD W. REID ELECTRICAL COMPANY, INC.,<br>　　　　　Defendant, and<br><br>SANTANDER BANK,<br>　　　　　Trustee. | CIVIL ACTION<br>NO. 25-cv-10169-JEK |

## VERIFIED REQUEST FOR ENTRY OF DEFAULT

Plaintiffs Michael P. Donovan, *et. al*., acting in their capacity as administrators, officers and fiduciaries of benefit funds for Local 103 of the International Brotherhood of Electrical Workers (the "Funds"), hereby request that the Clerk enter a DEFAULT in this action against Defendant Richard W. Reid Electrical Company, Inc. in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.  In support hereof, the Plaintiffs state as follows:

1.　　　　This is an action in which the Plaintiffs seek to collect unpaid employee benefits contributions, interest, costs and legal fees from Defendant Richard W. Reid Electrical Company, Inc., an electrical contractor, in accordance with §§502 and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1132(a)(3) and (d)(1) and 1145 and pursuant to §301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. §185.

2.      The funds filed this action on January 23, 2025 to collect all amounts due from the Defendant, which at that time were calculated to be $181,905.92, but are currently calculated to be in the amount of $236,073.86, as will be detailed in Plaintiff's application for issuance of a default judgment when such application is filed.

3.      The Summons and Complaint were served upon the Defendant on January 28, 2025 and the Plaintiffs filed the returns of service on February 2, 2025.

4.      Defendant's responsive pleading was due on February 18, 2025 in accordance with Rule 12(a) of the Federal Rules of Civil Procedure, but no responsive pleading was filed.

5.      Pursuant to Fed. R. Civ. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default".

**WHEREFORE**, Plaintiffs respectfully request that entry of default against Defendant Richard Reid Electrical Company, Inc. in this matter.

Respectfully submitted,
MICHAEL P. DONOVAN, as he is
ADMINISTRATOR, LOCAL 103, I.B.E.W.
HEALTH BENEFIT PLAN, *et al.*,

Respectfully submitted,
JEREMY RITZENBERG, LLC

April 15, 2025

*/s/ Jeremy Ritzenberg*
Jeremy Ritzenberg, Esq.
BBO # 546950
P. O. Box 324
Westwood, MA 02090
617-435-4337
jr@jritzenberg.com

## <u>VERIFICATION</u>

I, Jeremy Ritzenberg hereby verify that I have read this Verified Request to Enter Default and that the facts set forth herein are true to the best of my knowledge, information and belief.

/s/ *Jeremy Ritzenberg*
Jeremy Ritzenberg

2

## CERTIFICATE OF SERVICE

This is to certify that on the date set forth above this Notice of Appearance has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants.

/s/ *Jeremy Ritzenberg*
Jeremy Ritzenberg